# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TONIZAH HILL**                                                                                           **PLAINTIFF**

**v.**                                    **Case No. 4:20-cv-00107-KGB**

**SOCIAL SECURITY ADMINISTRATION**                                                  **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 17). Plaintiff Tonizah Hill filed objections to the Recommendation and an incomplete motion for the Court to appoint counsel (Dkt. Nos. 18, 19). The motion is incomplete, in part, because Ms. Hill did not list attorneys with whom she communicated before filing the motion.

After careful consideration of the Recommendation, Ms. Hill's objections, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 17). Ms. Hill's incomplete motion for the appointment of counsel is denied as moot (Dkt. No. 18).

It is so ordered, this 19th day of January, 2022.

Kristine G. Baker
United States District Judge