## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TONIZAH HILL**                                                                                                 **PLAINTIFF**

**v.**                                        **Case No. 4:20-cv-00107-KGB**

**SOCIAL SECURITY ADMINISTRATION**                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Tonizah Hill's complaint is dismissed with prejudice (Dkt. No. 2). The Court denies the requested relief.

It is so adjudged this 19th day of January, 2022.

                                                               Kristine G. Baker
                                                               United States District Judge