# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TONIZAH HILL**                                                                                                    **PLAINTIFF**

v.                                            **Case No. 4:20-cv-00107-KGB**

**SOCIAL SECURITY ADMINISTRATION**                                         **DEFENDANT**

## ORDER

Before the Court is plaintiff Tonizah Hill's motion for reconsideration to re-open case (Dkt. No. 22). Defendant Commissioner for the Social Security Administration has not responded, and the time for doing so has passed. The Court determines that, under Federal Rule of Civil Procedure 60, there is no basis for the Court to reconsider its prior Order and Judgment issued January 19, 2022 (Dkt. Nos. 20, 21). The Court denies Ms. Hill's motion. Ms. Hill, with or without the assistance of counsel, may file a new case with the Social Security Administration. However, this Court will not reopen this matter.

It is so ordered this 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge